```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                    CIVIL ACTION

VERSUS                                      NO: 08-216

GLENN L. STEWART                            SECTION: J
```

**ORDER**

Before the Court is defendant Glenn L. Stewart's **Appeal of Decision (Rec. Doc. 1).** Defendant seeks to appeal the decision of the Magistrate Judge entered in conjunction with <u>United States v. Glenn L. Stewart</u>, Criminal Action No. 01-13 MAG, in which defendant was charged via Criminal Complaint with threatening to assault or murder a United States official with intent to impede, intimidate, or interfere with such official, while engaged in the performance of official duties or with intent to retaliate against such official on account of the performance of official duties in violation of 18 U.S.C. 115(a)(1)(B).

On July 18, 2001, Defendant was placed on twelve (12) months pretrial diversion supervision. Following notification by the United States Pretrial Service Office that Defendant incurred no violations with the conditions set forth in his Pretrial Diversion Agreement and that he had completed his pretrial diversion supervision, which terminated on July 17, 2002, the government moved to dismiss the Criminal Complaint against

Defendant without prejudice.  The Magistrate granted same on July 30, 2002.

Since defendant fulfilled all of his pretrial diversion obligations and the Criminal Complaint citing defendant's violation of 18 U.S.C. 115(a)(1)(B) was dismissed, defendant's motion is moot.  In so finding, the Court expressly determines that it is unnecessary to hold an evidentiary hearing.  Furthermore, such an "appeal" is untimely as it comes over six years following the dismissal of the Criminal Complaint in this matter and over seven years following defendant's entering into the Pretrial Diversion Agreement.  Accordingly,

**IT IS ORDERED** that defendant's **Appeal of Decision (Rec. Doc. 1)** is hereby **DISMISSED**.

New Orleans, Louisiana this 15th day of August, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE